IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-12-299 |
| § | CIVIL ACTION NO. H-13-0896 |
| § | |
| JOSE LUIS MALDONADO BALDERAS, § | |
| § | |
| Defendant. § | |

## ORDER ADMINISTRATIVELY CLOSING CIVIL ACTION

This civil action is administratively closed pending a ruling from the Fifth Circuit on the appeal in the criminal case underlying this habeas motion. The government is ordered to notify this court and move to reinstate this case to the active docket within 14 days after the Fifth Circuit rules on the appeal.

SIGNED on June 19, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge